**BRYAN CAVE LLP**
Daniel T. Rockey, California Bar No. 178604
Tina L. Naicker, California Bar No. 252766
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:     (415) 675-3400
Facsimile:      (415) 675-3434
Email:            daniel.rockey@bryancave.com
                     naickert@bryancave.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

*E-FILED: APRIL 24, 2015*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| STACIE LONAKER, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., a business entity; and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No.:  5:15-cv-00157-HRL<br><br>Hon. Howard R. Lloyd<br><br>**ORDER GRANTING EXTENSION OF TIME FOR JPMORGAN CHASE BANK, N.A. TO ANSWER COMPLAINT**<br><br>Date Action Filed:  January 12, 2015<br>Trial Date: |

235039\C080519\0379428

ORDER GRANTING EXTENSION OF TIME TO ANSWER COMPLAINT – 5:14CV00152HRL

1  The Court, having read the stipulation by and between the parties, and good cause
2  appearing therefor,

3  IT IS HEREBY ORDERED THAT:

4  1. Defendant's time to answer Plaintiff's Complaint is extended to **April 28, 2015**.

7  **IT IS SO ORDERED.**

11  Dated: April 24, 2015

_____
HON. HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994