**BRYAN CAVE LLP**  *E-FILED: APRIL 24, 2015*
Daniel T. Rockey, California Bar No. 178604
Tina L. Naicker, California Bar No. 252766
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:     (415) 675-3400
Facsimile:       (415) 675-3434
Email:            daniel.rockey@bryancave.com
                     naickert@bryancave.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| STACIE LONAKER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., a business entity; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.:  5:15-cv-00157-HRL<br><br>Hon. Howard R. Lloyd<br><br>**ORDER GRANTING NOTICE AND REQUEST FOR WITHDRAWAL OF ANSWER FILED BY DEFENDANT JPMORGAN CHASE BANK, N.A.**<br><br>Date Action Filed:  January 12, 2015<br>Trial Date: |

244453\C080519\0379428

ORDER GRANTING NOTICE OF WITHDRAWAL– 5:14CV00152HRL

1 | The Court, having read Defendant JPMorgan Chase Bank, N.A.'s ("Defendant") Notice and Request for Withdrawal, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. Defendant's Notice and Request For Withdrawal is hereby GRANTED. The Answer inadvertently filed by Defendant (Dkt. # 19) shall be withdrawn and removed from the Court's Docket.

**IT IS SO ORDERED.**

Dated: April 24, 2015

_____
HON. HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE