*E-Filed: June 11, 2015*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIE LONAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>JP MORGAN CHASE BANK N.A.,<br><br>    Defendant. | Case No.  15-cv-00157-HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 25 |

The court having been informed that this case has settled, all previously scheduled deadlines and appearances are vacated.

All parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **July 21, 2015 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed. The parties shall file a Joint Statement in response to this Order to Show Cause no later than **July 14, 2015** advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed before the hearing date, the Order to Show Cause hearing will be automatically vacated and the parties need not file a Joint Statement in response to this Order.

**IT IS SO ORDERED.**

Dated: June 11, 2015

_____
Howard R. Lloyd
United States Magistrate Judge