*E-Filed: July 15, 2015*

Matthew Mellen (Bar No. 233350)
Jessica Galletta (Bar No. 281179)
Eunji Cho (Bar No. 286710)
MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, California 94402
Telephone:  (650) 638-0120
Facsimile:  (650) 638-0125

Attorney for Plaintiff,
STACIE LONAKER

Daniel Rockey (Bar No. 178604)
Tina Naicker (Bar No. 252766)
BRYAN CAVE LLP
560 Mission Street, Floor 21
San Francisco, CA 94105
Telephone:  (415) 675-3400
Facsimile:  (415) 675-3434

Attorneys for Defendant,
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIE LONAKER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., a business entity; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.:  5:15-cv-00157-HRL<br><br>**ORDER ON JOINT STIPULATION REGARDING DISMISSAL OF PLAINTIFF STACIE LONAKER'S CLAIMS AGAINST DEFENDANT JPMORGAN CHASE BANK, N.A. AND ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the joint stipulation of dismissal executed by the parties and Federal Rules of Civil Procedure 41(a), it is HEREBY ORDERED, ADJUDGED AND DECREED:

1. The above entitled action is dismissed with prejudice;
2. The Court shall close its file.

**IT IS SO ORDERED.**

DATED: July 15, 2015

_____
Hon. Howard R. Lloyd
United States Magistrate Judge